# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.            No. 4:19CR00027 JM

MARIO JASHON STAFFORD

## ORDER

Pending is the government's motion to dismiss indictment. (Docket #20). The motion is GRANTED. The indictment against Mario Jashon Stafford is hereby dismissed without prejudice. The pending motion is denied as moot.

IT IS SO ORDERED this 22nd day of May, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE